United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                            Case No. 2:19-cr-163(2)

Li Chen

## COURTROOM MINUTES
### Change of Plea Hearing

| U.S. District Judge Sarah D. Morrison | | Date:   July 30, 2020 @ 3:00 p.m. | |
|---|---|---|---|
| **Deputy Clerk** | Theresa Bragg | **Counsel for Govt:** | Courter Shimeall, Peter Glenn-Applegate, Mike Marous |
| **Court Reporter** | Allison Kimmel | **Counsel for Deft(s):** | Steve Nolder, Robert Hazzard |
| **Interpreter** |  | **Pretrial/Probation:** |  |
| **Log In** | n/a | **Log Out** | n/a |

Swore in interpreter
Waived reading of indictment
Government moves to unseal plea agreement – court grants same/attachment B stays sealed
Defendant changed her plea to Guilty on Counts 1 & 5 of the Indictment.
PSI Ordered.
Defendant to remain in custody pending sentencing