IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              : CASE NO: 2:19-CR-163-002
                                 : JUDGE MORRISON

LI CHEN,
SSN: \*\*\*-\*\*-9333

    Defendant.

and

NATIONWIDE CHILDREN'S HOSPITAL
    Garnishee.

### FINAL ORDER OF GARNISHMENT

On March 22, 2021 a Writ of Continuing Garnishment ("Writ") was duly issued to the Garnishee, ("Garnishee"). (Doc.No. 156) The Writ was served upon the Garnishee on March 29, 2021.(Doc.No. 167, Exhibit B).

Pursuant to the Writ, the Garnishee filed an Answer on April 5, 2021 stating that Garnishee is in possession, custody or has in its control, personal property belonging to and due the Defendant; that Defendant's TIAA Retirement Account is in the custody, control or possession of the Garnishee. (Doc.No. 163)

The Defendant was notified of her right to a hearing and has requested a hearing to determine exempt property. However, none of Defendant's claimed exemptions prevent this current action requested by Plaintiff.

**IT IS HEREBY ORDERED** that Nationwide Children's Hospital is hereby authorized to pay to the United States the Defendant's retirement account and to forward said amount to the Clerk, U.S. District Court, 85 Marconi Boulevard, Columbus, Ohio 43215

Dated: 5-10-21

_____
UNITED STATES DISTRICT JUDGE